# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## MISC. NO. 14-143 - In re: Apple Inc.

**Date of docketing:** July 30, 2014

A petition for writ of mandamus has been filed.

**Name of Petitioner(s):** Apple Inc.

**Name of respondent(s),** if known: EON Corp. IP Holdings LLC

**Related action(s):** if known: United States District Court for the Eastern District of Texas **6:12-cv-00943-JDL** (6:12-cv-00941-JDL, 6:12-cv-00942-JDL, 6:12-cv-00944-JDL)

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**

- Official caption is reflected on the Electronic Docket in CM/ECF

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov.

Daniel E. O'Toole
Clerk of Court


cc: United States District Court for the Eastern District of Texas
Bryan K. Anderson
Ryan C. Morris
Daniel Robinson Scardino