NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE APPLE INC.,**
*Petitioner*

2014-143

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00941-JDL, 6:12-cv-00942-JDL, 6:12-cv-00943-JDL, and 6:12-cv-00944-JDL, Magistrate Judge John D. Love.

**ON PETITION**

**O R D E R**

EON Corp. IP Holdings, LLC moves to extend the deadline for its response to Apple Inc.'s petition for a writ of mandamus until seven days after this court issues its final disposition in *In re ASUS Computer International*, 2014-141. Apple opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

        FOR THE COURT

        /s/ Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk of Court

s19